

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*  Tel.: (518) 431-0247
*James T. Foley U.S. Courthouse*  Fax: (518) 431-0249
*Albany, New York 12207-2924*

January 6, 2026

**BY CM/ECF**
Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse        1:26-mc-001 (AMN/PJE)
445 Broadway, Room 314
Albany, New York 12207

Re:  Application to extend time to file a forfeiture complaint against (1) $99,783.00 in U.S. currency; (2) JP Morgan Chase bank account no. 397185858, VL $57,592.33; (3) JP Morgan Chase bank account no. 827685790, VL $59,144.00; and (4) JP Morgan Chase bank account no. 936800793, VL $95,278.99

Dear Judge Stewart:

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States respectfully requests that the Court extend the government's deadline to file a civil forfeiture action against (1) $99,783.00 in U.S. currency; (2) JP Morgan Chase bank account no. 397185858, VL $57,592.33; (3) JP Morgan Chase bank account no. 827685790, VL $59,144.00; and (4) JP Morgan Chase bank account no. 936800793, VL $95,278.99 (the Subject Property) for 90 days until April 6, 2026. The current deadline is January 8, 2026.

As the Court knows, the Drug Enforcement Administration (DEA), the Federal Bureau of Investigation (FBI) and many local law enforcement agencies have been investigating the drug activities of a suspected drug trafficking organization (DTO) in and around the Albany area as part of a case captioned *United States v. Samer Abdelhak, et al.*, No. 1:25-cr-282 (AMN). Leon Chen was identified as a leader of the DTO.

On June 12, 2025, law enforcement officers executed federal search and seizure warrants at numerous locations in this district, the Eastern District of New York, the Southern District of New York, the Western District of New York, the District of New Jersey, and elsewhere. Agents seized almost 250 kilograms of cocaine, together with fentanyl pills, cocaine base, and other drugs and paraphernalia. The execution of the search warrants followed an 18-month investigation in which law enforcement seized more than 240 kilograms of cocaine, 185 pounds of methamphetamine and almost 700 pounds of marijuana.

Chen was arrested on June 12 in Flushing, New York pursuant to an arrest warrant. Officers seized $99,783 in cash from his residence. Also on June 12, officers seized the JP Morgan Chase bank accounts that are part of the Subject Property, which had been identified as being under the control of Chen.

The Hon. Daniel J. Stewart
January 6, 2026
Page 2

On October 10, 2025, the DEA received a claim to the Subject Property from Chen. Chen claimed that some of the money seized was the proceeds of a used car dealership he owned, but did not provide any documents in support of his claim.

The Civil Asset Forfeiture Reform Act (CAFRA) provides, in part: "Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture . . . except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown . . . ."  18 U.S.C. § 983(a)(3)(A).  Accordingly, unless the CAFRA deadline is extended, the United States must file a forfeiture complaint or return the Subject Property by January 8, 2025.

Good cause exists to extend the CAFRA deadline in this case.  This civil forfeiture matter is connected to an ongoing criminal investigation.  I am an AUSA handling the criminal prosecution of Chen's and related cases, and I believe that the filing of a civil forfeiture complaint at this time would interfere with the ongoing criminal investigation.

Courts routinely grant extensions of CAFRA's deadline in such circumstances.  *See, e.g.,* Order Extending Time, *In re $10,533.00 in U.S. Currency*, No. 1:25-mc-029 (AMN/DJS) (N.D.N.Y. Dec. 4, 2025) (extending time to file complaint in Chen investigation); *In re $8,915.00 in U.S. Currency, et al.*, No. 1:25-mc-028 (AMN/DJS) (N.D.N.Y. Nov. 24, 2025) (same); *United States v. Funds in Amount of $62,500.000 in U.S. Currency*, 2021 WL 6125845 (N.D. Ill. Dec. 28, 2021) (denying motion to dismiss claim on grounds that complaint was untimely, where deadline had been extended for 10 months for "good cause"); *United States v. $15,000*, 2006 WL 1049663, at *2 (N.D. Ill. Apr. 20, 2006) (finding that an ongoing grand jury investigation of the crime providing a basis for a parallel civil forfeiture action constituted "good cause" for granting an extension of the 90-day deadline under section § 983(a)(3)(A)); *United States v. $140,000*, 2007 WL 2261650, at *8-9 (E.D.N.Y. 2007) ("good cause" includes the concern that the civil case will adversely affect a criminal investigation).

For these reasons, the government respectfully requests that the Court issue the attached order extending the deadline for the United States to file a forfeiture complaint against the Subject Property for an additional 90 days to April 6, 2026.  Upon issuance of the order, the government will send a copy to Leon Chen, together with this application.

The government thanks the Court for its consideration of this request.

Yours sincerely,

*/s/*
TODD BLANCHE
Deputy Attorney General

The Hon. Daniel J. Stewart
January 6, 2026
Page 3

                                          JOHN A. SARCONE III
                                          Acting United States Attorney

By: _____
      Nicholas Walter
      Assistant United States Attorney
      Bar Roll No. 706029

Attachment:  Proposed Order